USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**Q.L. and R.W., individually and on behalf of A.L.,**

**Plaintiffs,**

**-against-**

**NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,**

**Defendants.**

---------------------------------------------------------------X

**26-CV-03030 (MMG)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 28, 2026, the Court granted the parties' request to adjourn the initial conference in this matter and set a status report deadline of Monday, October 26, 2026. ECF No. 14. The deadline has passed and the parties have not filed a report.

The parties are ORDERED to file a status report regarding settlement discussions on or before Monday, November 2, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 29, 2026
New York, New York